```
IRELL & MANELLA LLP
David Nimmer (97170)
dnimmer@irell.com
Kevin Kiley (288494)
kkiley@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California  90067
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

Attorney for Defendant
Unger Fabrik, LLC
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ITALIAN CONNECTION, INC. dba BILA OF CALIFORNIA, a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ARCADIA GROUP (USA) LIMITED dba TOPSHOP, a California Corporation; BAND OF GYPSIES, INC, a California Corporation; UNGER FABRIK, LLC dba BAND OF GYPSIES, a Delaware Limited Liability Company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:14-cv-4734 JFW (MRWx)<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

# [PROPOSED] ORDER

The Court, having considered the stipulation of the parties, hereby ORDERS that the time for Defendants to respond to Plaintiff's Second Amended Complaint will be extended to October 6, 2014.

IT IS SO ORDERED.

Dated: _____

Hon. John F. Walter
United States District Court

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3026803

- 1 -

[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE