1  IRELL & MANELLA LLP
   David Nimmer (97170)
2  dnimmer@irell.com
   Kevin P. Kiley (288494)
3  kkiley@irell.com
   1800 Avenue of the Stars, Suite 900
4  Los Angeles, California 90067-4276
   Telephone:  (310) 277-1010
5  Facsimile:  (310) 203-7199

6  Attorneys for Defendant
   UNGER FABRIK, LLC dba BAND
7  OF GYPSIES

8  WILLIAM E. STONER, PC
   William E. Stoner (101418)
9  wstoner@stonerlawoffice.com
   601 South Figureroa Street, Suite 2340
10 Los Angeles, California  90017
   Telephone:  (213) 687-2640
11 Facsimile:  (213) 687-2644

12 Attorneys for Plaintiff
   ITALIAN CONNECTION, INC. dba
13 BILA OF CALIFORNIA

14 DLA PIPER LLP
   Patrick Park (246348)
15 patrick.part@dlapiper.com
   2000 Avenue of the Stars Suite 400 North Tower
16 Los Angeles, California  90067-4704
   Telephone:  (310) 595-3000
17 Facsimile:  (310) 595-3300

18 Attorneys for Defendant
   ARCADIA GROUP (USA)
19 LIMITED trading as Topshop and
   TOP SHOP/TOP MAN LIMITED
20 trading as Topshop ARCADIA
   GROUP LTD

21                UNITED STATES DISTRICT COURT

22                CENTRAL DISTRICT OF CALIFORNIA

23                       WESTERN DIVISION

24 
   ITALIAN CONNECTION, INC. dba    )  Case No. 2:14-cv-4734 JFW (MRWx)
25 BILA OF CALIFORNIA, a California )
   Corporation,,                   )  STIPULATION OF DISMISSAL
26                                 )  WITH PREJUDICE
              Plaintiff,           )
27                                 )
         vs.                       )
28                                 )
   ARCADIA GROUP (USA) LIMITED     )

|  |  |
|---|---|
| dba TOPSHOP, a California Corproation; BAND OF GYPSIES, INC., a Califonira Corporation; UNGER FABRIK, LLC dba BAND OF GYPSIES, a Delaware Limited Liability Company; and DOES 1-10, inclusive,, <br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) |

Plaintiff Italian Connection and Defendants Unger Fabrik, LLC, and ARCADIA GROUP (USA) LIMITED trading as Topshop and TOP SHOP/TOP MAN LIMITED trading as Topshop ARCADIA GROUP LTD (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS,** the parties to the above-captioned action have agreed to dismiss this action with prejudice;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** as follows:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Italian Connection hereby dismisses the above-captioned action with prejudice, including without limitation as to all claims asserted and all parties named in the complaint filed in this action on or about June 19, 2014, and in the amended complaints filed on or about July 1, 2014, and September 3, 2014.[1]  The parties further expressly waive any and all rights of appeal in the above-captioned action, and the parties further agree that each party shall bear its own costs and attorneys' fees.

---

[1] Band of Gypsies, Inc. was dismissed from the case on June 27, 2014. Dk. No. 10.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3138959

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| Dated: October 6, 2014 | IRELL & MANELLA LLP<br>David Nimmer<br>Kevin P. Kiley<br><br>By: /s/ David Nimmer<br>David Nimmer<br>Attorneys for Defendant<br>UNGER FABRIK, LLC dba BAND OF GYPSIES<br><br>WILLIAM E. STONER, PC<br>William E. Stoner<br><br>By: /s/ William E. Stoner<br>William E. Stoner<br>Attorneys for Plaintiff<br>ITALIAN CONNECTION, INC. dba BILA OF CALIFORNIA<br><br>DLA PIPER LLP<br>Patrick Park<br><br>By: /s/ Patrick Park<br>Patrick Park<br>Attorneys for Defendant<br>ARCADIA GROUP (USA) LIMITED trading as Topshop and TOP SHOP/TOP MAN LIMITED trading as Topshop ARCADIA GROUP LTD |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3138959

- 3 -

STIPULATION OF DISMISSAL WITH PREJUDICE