AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  DATE FILED<br>CV 14-04734 JFW (MRWx) | United States District Court - Central Division<br>312 North Spring Street<br>Los Angeles, CA 90012-4701 |
| PLAINTIFF<br>ITALIAN CONNECTION, INC. dba BILA OF CALIFORNIA, a California Corporation | DEFENDANT<br>ARCADIA GROUP (USA) LIMITED dba TOPSHOP, a California Corporation; BAND OF GYPSIES, INC., a California Corporation |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  VAu 1-079-522 | Clothing RJ C-06-H-7 | Alessandro Bernini |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment<br>Stipulation to Dismissal With Prejudice | ☐ Yes   ☒ No | 10/6/2014 |
| CLERK<br>TERRY NAFISI | (BY) DEPUTY CLERK<br>J. Lam | DATE<br>10/7/2014 |

3) Upon termination of action,
mail copy to Register of Copyrights